UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAUREN MALINA WILSON,<br><br>Defendant. | CASE NO. 2:22-cr-00104-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

On March 11, 2024, the Court's scheduling order was returned as undeliverable to Defendant Lauren Malina Wilson. Dkt. No. 114. Accordingly, the Clerk SHALL promptly mail the scheduling order (Dkt. No. 111) to Ms. Wilson. The Clerk SHALL include in the mailing address Ms. Wilson's Bureau of Prisons registration number, 12234-510. Finally, Ms. Wilson's motion to reduce sentence (Dkt. No. 109) is RENOTED for **April 9, 2024**, and Ms. Wilson SHALL file a reply by that date.

Dated this 26th day of March 2024.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1